IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUELLER CO.<br>500 West Eldorado Street<br>Decatur, Illinois 62522,<br>--and--<br>MUELLER INTERNATIONAL, INC.,<br>110 Corporate Drive, Suite 10<br>Portsmouth, New Hampshire 03801,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES PIPE & FOUNDRY CO.<br>3300 First Avenue North<br>Birmingham, Alabama 35222,<br><br>     Defendants | CIVIL ACTION NO. 05-10682RCL<br><br>JUDGE:<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please enter the withdrawal of my appearance as attorney for plaintiffs Mueller Co. and Mueller International, Inc. in the above-captioned action. These plaintiffs are still represented by Brian L. Michaelis and George S. Haight IV of the firm of Brown Rudnick Berlack Israels LLP. Further, the complaint in this action has not yet been served on the defendant.

Respectfully submitted,
MUELLER CO. and MUELLER
INTERNATIONAL, INC.,
By their attorney,

_____
Travis Corder (BBO #645054)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

Dated: May 27, 2005

# 1365508 v1 - CORDERT - 023346/0001