# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUELLER CO.<br>500 West Eldorado Street<br>Decatur, Illinois 62522,<br>    --and--<br>MUELLER INTERNATIONAL, INC.,<br>110 Corporate Drive, Suite 10<br>Portsmouth, New Hampshire 03801,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES PIPE & FOUNDRY CO.<br>3300 First Avenue North<br>Birmingham, Alabama 35222,<br><br>        Defendants | CIVIL ACTION NO. 05-10682RCL<br><br>JUDGE:<br><br><u>**NOTICE OF APPEARANCE**</u><br><u>**OF JAMES W. STOLL**</u> |

To the Clerk:

Please enter my appearance as attorney for plaintiffs Mueller Co. and Mueller International, Inc. in the above-captioned action.

<div style="margin-left:50%">

Respectfully submitted,
MUELLER CO. and MUELLER
INTERNATIONAL, INC.,
By their attorney,

_____
James W. Stoll (BBO #544136)
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

</div>