# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUELLER CO.<br>500 West Eldorado Street<br>Decatur, Illinois 62522,<br>--and--<br>MUELLER INTERNATIONAL, INC.,<br>110 Corporate Drive, Suite 10<br>Portsmouth, New Hampshire 03801,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES PIPE & FOUNDRY CO.<br>3300 First Avenue North<br>Birmingham, Alabama 35222,<br><br>Defendants | CIVIL ACTION NO. 05-10682RCL<br><br>JUDGE:<br><br>**NOTICE OF APPEARANCE**<br>**OF SETH N. STRATTON** |

To the Clerk:

Please enter my appearance as attorney for plaintiffs Mueller Co. and Mueller International, Inc. in the above-captioned action.

                           Respectfully submitted,
                           MUELLER CO. and MUELLER
                           INTERNATIONAL, INC.,
                           By their attorneys,

                           _____
                           Seth N. Stratton (BBO #661533)
                           BROWN RUDNICK BERLACK ISRAELS LLP
                           One Financial Center
                           Boston, Massachusetts 02111
                           (617) 856-8200

# 1369120 v1 - stolljw - 023346/0001