# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MUELLER CO., ET AL**
      **Plaintiff**

V.

**UNITED STATES PIPE & FOUNDRY CO.**
      **Defendant**

**CIVIL ACTION**

**NO. 05-10682-RCL**

## ORDER OF DISMISSAL

**LINDSAY**, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on August 24, 2005, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

September 20, 2005